1 | Ryan F. Thomas, Esq. (SBN 230491)
Richard C. O'Hare, Esq. (SBN 167960
2 | Anthony Bentivegna, Esq. (SBN 129487)
JOHNSTON | THOMAS, Attorneys at law
3 | 1400 N. Dutton Avenue, Suite 21
Santa Rosa, California 95401
4 | Phone (707) 545-6542
Facsimile (707) 545-1522
5 | E-mail:  RThomas@johnstonthomas.com
           ROHare@johnstonthomas.com
6 |          ABentivegna@johnstonthomas.com

7 | Attorneys for Plaintiff
YOUR TOWN ONLINE, INC.

8 |

9 | **IN THE UNITED STATES DISTRICT COURT**

10 | **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

11 |

12 | YOUR TOWN ONLINE, INC., a California        Case No.:
Subchapter S Corporation,
13 |

14 |              Plaintiff,                      CERTIFICATE OF INTERESTED ENTITIES
OR PARTIES
15 |         v.

16 | ROUND VALLEY INDIAN TRIBES, an
Unincorporated Association; ALL TRIBAL
17 | NETWORKS, LLC, a Limited Liability
Company; MICRONET COMMUNICATIONS,
18 | INC., a Texas Corporation; and INTELPATH,
INC., an Illinois Corporation and CMS
19 | HOLDINGS, a Limited Liability Company,

20 |              Defendants.

21 |

22 |          Pursuant to Civil L.R. 3-15, the undersigned certifies that the following listed persons,

23 | associations of persons, firms, partnerships, corporations (including parent corporations) or other

24 | entities (i) have a financial interest in the subject matter in controversy or in a party to the

25 | proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be

26 | substantially affected by the outcome of this proceeding:

27 |          Michael Scott Ireton, Shareholder.

28 | ///

- 1 -
CERTIFICATE OF INTERESTED ENTITIES OR PARTIES

1  DATED: June 9, 2021                          JOHNSTON | THOMAS, Attorneys at Law

2

3                                       By:    _____*/s/Richard C. O'Hare*_____

4                                              Richard C. O'Hare, Attorney for Plaintiff
                                               YOUR TOWN ONLINE, INC.

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CERTIFICATE OF INTERESTED ENTITIES OR PARTIES